**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TIARA C. ABBOTT,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:26-cv-00732-CMS |

**MEMORANDUM AND ORDER**

Self-represented Plaintiff Tiara C. Abbott brings this action under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. The matter is now before the Court upon the "Corrected" motion of Plaintiff for leave to proceed *in forma pauperis*, or without prepayment of the required filing fees and costs. ECF No. 3. Having reviewed the motion and the financial information submitted in support, the Court will grant the motion and waive the filing fee. *See* 28 U.S.C. § 1915(a)(1). Plaintiff's original, unsigned motion to proceed *in forma pauperis* (ECF No. 2) will be denied as moot.

Furthermore, on August 12, 2026, Defendant Equifax Information Services LCC filed a motion to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), and a memorandum in support. ECF Nos. 8-9. If Plaintiff wishes to respond to this motion, she should file her response within the time allowed under the Federal Rules of Civil Procedure and the Local Rules of this Court. *See* E.D. Local Rule 4.01(B); Fed. R. Civ. P. 6(d). The Court warns Plaintiff that her failure to respond to this motion could result in the dismissal of this matter without further notice.

Finally, Plaintiff is advised that, by presenting to the Court any pleading, written motion, or other paper – whether by signing, filing, submitting, or later advocating it – self-represented parties and attorneys acknowledge they will be held responsible for its contents, **including any portion generated with artificial intelligence (AI)**. *See* Fed. R. Civ. P. 11(b).

Attorneys and self-represented parties alike must exercise great caution in submitting any AI-generated material in pleadings before the Court. Use of AI without verification of its accuracy, like any other shoddy research method, implicates Federal Rule of Civil Procedure 11, which prohibits the filing of frivolous or unsupported pleadings and sanctions violations.

Attorneys and self-represented parties are therefore on notice that any pleading or form document (AI generated or not) that hallucinates legal citations or propositions or otherwise misstates the law, is not properly reviewed or completed by the filer, or that has not been subjected to an inquiry reasonable under the circumstances pursuant to Rule 11, **will result in the imposition of sanctions**.

**Failure to comply with any part of this Order may result in the imposition of sanctions**, including but not limited to non-monetary directives, an order to pay a penalty into court, an award of reasonable attorney's fees and expenses, striking pleadings, dismissal of the action, entry of default judgment, and restrictions on the admissibility of evidence. *See* Fed. R. Civ. P. 11(c)(4).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Corrected Motion to Proceed *in forma pauperis* [ECF No. 3] is **GRANTED** and the filing fee is waived. *See* 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that Plaintiff's original Motion to Proceed *in forma pauperis* [ECF No. 2] is **DENIED as moot.**

**IT IS FINALLY ORDERED** that if Plaintiff wishes to respond to Defendant's Motion to Dismiss (ECF No. 8), Plaintiff must file her response within the time allowed under the applicable provisions of the Local Rules of this Court and the Federal Rules of Civil Procedure.

**Plaintiff's failure to timely comply with this Order may result in the dismissal of this action, without prejudice and without further notice.**

Dated this 18th day of August, 2026.

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE